UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CASE NO.: `3:11-cv-186-H`
**ELECTRONICALLY FILED**

| | |
|---|---|
| R&J DEVELOPMENT COMPANY, LLC and JAMES H. BOOTH | ) ) ) |
| *Plaintiffs* | ) ) |
| vs. | ) ) |
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | ) ) ) |
| *Defendant* | ) ) |

## NOTICE OF REMOVAL

Comes the Defendant, The Travelers Property Casualty Company of America, Inc. (hereinafter "Travelers"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Eastern District of Kentucky at Pikeville, states as follows:

1. Travelers is a named Defendant in a lawsuit filed by Plaintiffs, R&J Development Company, LLC, and James H. Booth, on March 7, 2011, in Martin Circuit Court, Martin County, Kentucky, designated as Case No. 11-CI-63 (Division II), hereinafter referred to as the "action." Defendant, Travelers, first received notice of this action by service of process upon Corporation Service Company on or about March 8, 2011.

2. The action is a civil action wherein Plaintiffs seek a declaration of rights under an insurance policy, following a loss that occurred on or about August 27, 2010. Travelers denied Plaintiffs' claim for damages under the policy and this action ensued. Upon information and belief, the Plaintiffs are residents of Kentucky. The Defendant, Travelers is now and was at the time of the

filing of this action, a citizen of the State of Connecticut being a corporation incorporated under the laws of the State of Connecticut, having its principle place of business at One Tower Square, Hartford, CT 06183.

     3.    Upon information and belief, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

     4.    This action is within the Court's original jurisdiction pursuant to 28 U.S.C. §1332, by reason of diversity of citizenship of the parties and the amount in controversy.  The action is properly removed to this Court pursuant to 28 U.S.C. §1441.

     5.    This Notice is accompanied by copies of all process, pleadings and orders served on this Defendant in this action, and all documents filed by this Defendant in this action.

     6.    This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action, and the time for filing this Notice under the statutes of the United States has not expired.

     7.    This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

     WHEREFORE, Defendant, The Travelers Property Casualty Company of America, Inc., by counsel, notifies the Court of its removal of this action from the Martin Circuit Court, in Martin County, Kentucky.

        Respectfully submitted,

/s/ Noel R. Halpin
Richard P. Schiller
Noel R. Halpin
SCHILLER OSBOURN BARNES & MALONEY, PLLC
1600 One Riverfront Plaza
401 West Main Street
Louisville, KY 40202
(502) 583-4777
(502) 583-4780 (fax)
rschiller@sobmlegal.com
nhalpin@sobmlegal.com
***Counsel for Defendant, The Travelers Property Casualty Company of America, Inc.***

## CERTIFICATE OF SERVICE

It is hereby certified that on the 28th day of March, 2011, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

W. Craig Robertson III
Wyatt, Tarrant & Combs, LLP
250 West Main Street Ste. 1600
Lexington, KY 40507-1746
Ph:  (859) 233-2012
***Counsel for Plaintiff***

/s/ Noel R. Halpin
SCHILLER OSBOURN BARNES & MALONEY, PLLC

3